KATIE TANNENBAUM, complainant-appellant,

*v.*

SEACOAST TRUST COMPANY OF ASBURY PARK et al., defendants-respondents.

[Decided January 3d, 1941.]

516

517

518

*Mr. Lester C. Leonard,* for the appellant.

*Mr. Ward Kremer,* for the respondents.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion delivered by Vice-Chancellor Buchanan in the Court of Chancery.

*For affirmance*—THE CHIEF-JUSTICE, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, DEAR, WELLS, WOLFS-KEIL, RAFFERTY, HAGUE, JJ. 12.

*For reversal*—None.

*For counsel fees and costs*—THE CHIEF-JUSTICE, HEHER, WELLS, JJ. 3.